FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 11 2020

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20CR 929 VJI |
| vs. | ) 8 U.S.C. § 1324(a)(1)(A)(v)(I):<br>) Conspiracy to Transport an Illegal Alien |
| SIR JASON DOUGLAS ROBINSON JR, | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

On or about January 15, 2020, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **SIR JASON DOUGLAS ROBINSON JR**, combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the United States, to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

JOHN C. ANDERSON
United States Attorney

*[signature]* for
RACHEL M. FEUERHAMMER
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304